No. 262, Misc. ADAMS v. BANMILLER, WARDEN. Court of Common Pleas of Delaware County, Pennsylvania. Certiorari denied. Petitioner pro se. Frank P. Lawley, Deputy Attorney General of Pennsylvania, for respondent.

No. 390, Misc. BARCLAY v. COURT OF OYER AND TERMINER, DELAWARE COUNTY. Supreme Court of Pennsylvania. Certiorari denied.

No. 417, Misc. VANDERSEE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 514, Misc. RUTHERFORD v. OHIO. Supreme Court of Ohio. Certiorari denied. Robert B. Krupansky for petitioner.

No. 518, Misc. ERNST v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. Petitioner pro se. Norman Heine for respondent.

No. 544, Misc. HOOPER v. BENNETT, WARDEN. Supreme Court of Iowa. Certiorari denied.

No. 545, Misc. HUNT v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner pro se. Solicitor General Rankin, Assistant Attorney General Wilkey and Beatrice Rosenberg for the United States.

No. 605, Misc. BROWN v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner pro se. Solicitor General Rankin, Assistant Attorney General Wilkey and Beatrice Rosenberg for the United States.